# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH, N.A., L.L.C., | CASE NO. CV F 07-1305 LJO DLB |
| Plaintiff, | **ORDER ON COUNSEL'S LETTER REGARDING PRELIMINARY INJUNCTION BRIEFING** |
| vs. | |
| PANDOL ASSOCIATES MARKETING, INC., et al., | |
| Defendants. / | |

This Court issued a September 14, 2007 amended temporary restraining order ("TRO") setting a September 24, 2007 deadline to oppose a preliminary injunction and a September 27, 2007 deadline for reply papers. On September 26, 2007, this Court received defense counsel's letter, also signed by plaintiff's counsel, to attempt to extend briefing deadlines.

The parties fail to demonstrate good cause to extend briefing deadlines, and the stipulation of the parties' counsel is insufficient to do so. The TRO's briefing schedule remains in effect. No opposition papers have been filed and served timely. As such, this Court is prepared to address issuance of a preliminary injunction on the current record before this Court. This Court will strike opposition papers attempted to be filed without a showing of good cause to extend the TRO's briefing schedule.

IT IS SO ORDERED.

Dated:   September 26, 2007              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE