IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH, N.A., L.L.C.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>PANDOL ASSOCIATES MARKETING, INC., et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 07-1305 LJO DLB<br><br>**ORDER TO RESET PRELIMINARY INJUNCTION HEARING AND BRIEFING**<br><br>**New Hearing Date:**<br><br>Date:　October 3, 2007<br>Time:　10 a.m.<br>Dept.:　4 (LJO) |

　　　　Based on the parties' stipulation, this Court RESETS dates for the briefing and hearing on plaintiff's preliminary injunction application and ORDERS:

　　　　1.　Defendants, no later than September 26, 2007, to file and serve opposition papers;

　　　　2.　Plaintiff, no later than October 1, 2007 at 12 p.m., to file and serve reply papers; and

　　　　3.　Defendants to comply with this Court's Local Rules on electronic filing. *See* Local Rule 5-133.

This Court RESETS the preliminary injunction hearing for October 3, 2007 at 10 a.m. in Department 4 (LJO). The parties may appear by telephone by arranging a one-line conference call and joining the Court at (559) 499-5680.

　　　　IT IS SO ORDERED.

**Dated:　September 26, 2007**　　　　　　　　　／s／ **Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1