SEP-26-2007 WED 11:29 AM WILD CARTER TIPTON    FAX NO. 559 229 7295    P. 02
09/26/2007  14:16   2023542731    MCCARRON AND DIESS    PAGE 02/04

Patrick J. Gorman (SBN 131138)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: pgorman@wctlaw.com

Attorneys for Defendant
PANDOL ASSOCIATES MARKETING, INC., et al.,

FILED
SEP 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| CHIQUITA FRESH, N.A., L.L.C., | Case Number CV F 07-1305 LJO DLB |
| Plaintiff, | **STIPULATION AND ORDER REGARDING PRELIMINARY INJUNCTION BRIEFING** |
| v. | |
| PANDOL ASSOCIATES MARKETING, INC., et al., | |
| Defendants. | |

This stipulation is entered into by the above-referenced parties, through their respective counsel of record, with respect to the following facts:

1. The above-referenced court granted a Temporary Restraining Order on the 11th of September and set a hearing on plaintiff's application for preliminary injunction for October 2nd, 2007 at 8:30 a.m. in Department 4 (LJO) of the above-referenced court.

2. The court set a September 24th, 2007 deadline to oppose the preliminary injunction and a September 27th, 2007 deadline for reply papers.

3. Defense counsel did not learn of this matter until after the close of business on Friday, September 21st, 2007.

4. Defense counsel was not able to meet with the Defendant until late in the

Stipulation and Order

Case 1:07-cv-01305-LJO-DLB   Document 16   Filed 09/26/07   Page 2 of 3

SEP-25-2007 WED 11:30 AM WILD CARTER TIPTON          FAX NO. 559 229 7295              P. 03
09/26/2007  14:16    2023642731                      MCCARRON AND DIESS            PAGE  03/04

afternoon on Monday, September 24th, 2007.

     5. Based on this late notice of this action, Defendant's counsel contacted Plaintiff's counsel in order to reach an agreement on a an extension of the briefing deadlines, without effecting the hearing date.

     6. The above-referenced parties stipulate and agree to allow opposition papers to be filed on or before September 26, and any reply to be filed and served by overnight mail on or before October 1, 2007.

Dated: September 26, 2007

WILD, CARTER & TIPTON
A Professional Corporation

By _____
PATRICK A GORMAN
Attorneys for PANDOL ASSOCIATES
MARKETING, INC., et al.,

Dated: September 26, 2007

McCarron & Diess

By _____
Louis W. Diess, III
Attorneys for CHIQUITA FRESH, N.A., L.L.C.

Stipulation and Order

SEP-26-2007 WED 11:30 AM WILD CARTER TIPTON   FAX NO. 559 229 7295           P. 04
                                              MCCARRON AND DIESS              PAGE  04/04
09/26/2007  14:16   2023642731

## ORDER

Based on the foregoing recitals and stipulation, the court finds that good cause has been shown for the granting of an extension of the briefing deadlines. The court, therefore, orders that any opposition on the motion for preliminary injunction shall be filed and served by overnight mail on or before September 26, 2007. Any reply shall be filed and served by overnight mail on or before October 1, 2007. A hearing on plaintiff's application for preliminary injunction remains set for October 2, 2007 at 8:30 a.m. in Department 4 (LJO) of this Court.

IT IS SO ORDERED.

Dated: September 26, 2007

                                                Lawrence J. O'Neill
                                                U.S. District Judge