

OCT 0 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

1   Andrea Selvidge (CA Bar No. 185002)
    The Law Offices of Young Wooldridge, LLP
2   1800 30th Street, Fourth Floor
    Bakersfield, California 93301
3   Tel: (661) 327-9661
    Fax: (661) 324-0409
4   aselvidge@youngwooldridge.com

5
    Louis W. Diess, III
6   Kate Ellis
    McCarron & Diess
7   4900 Massachusetts Avenue, N.W., Suite 310
    Washington, D.C.  20016
8   Tel: (202) 364-0400
    Fax: (202) 364-2731
9   ldiess@mccarronlaw.com
    kellis@mccarronlaw.com
10

11  Attorneys for Plaintiff

12                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14
    CHIQUITA FRESH, N.A., L.L.C.,        : Case No. 07CV1305 LJO DLB
15
                    Plaintiff            : STIPULATION AND ORDER
16
         v.                              :
17
    PANDOL ASSOCIATES                    :
18  MARKETING, INC.                      :
19                  Defendants           :
20

21       Plaintiff, Chiquita Fresh, N.A., L.L.C. ("Chiquita"), by and through its undersigned

22  attorneys, and Defendants, Pandol Associates Marketing, Inc. and James A. Pandol, by and

23  through their undersigned attorney, hereby stipulate and agree to the terms of this

24  Stipulation and Order, and the Court hereby approves this Stipulation and enters the Order

25

26  thereon.

27

28                           Stipulation and Order
                                  – Page - 1 -

1.    Plaintiff, Chiquita, is a trust creditor under the provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c), against defendants Pandol Associates Marketing, Inc. and James A. Pandol, on a debt in the principal amount of $91,496.90.

2.    Defendants Pandol Associates Marketing, Inc. and James A. Pandol, shall pay to plaintiff Chiquita  $91,496.90, as follows: $17,659.20 upon entry of the Stipulation and Order; $24,612.57 on or before Friday, October 19, 2007; $24,612.57 on or before Friday, October 26, 2007; and  $24,612.56 on or before November 2, 2007.  All payments shall be by certified check, cashiers check, or money order, payable to McCarron & Diess, and delivered to McCarron & Diess, 4900 Massachusetts Ave., NW, Suite 310, Washington, DC 20016 on or by the date payment is due.

3.    To secure the payment of said amount, defendants, Pandol Associates Marketing, Inc. and James A. Pandol, have executed a Joint Motion for Entry of Preliminary Injunction Order and Judgment, which will be held in escrow by the attorneys for Plaintiff unless there is a default.  (A copy of the Joint Motion for Entry of Preliminary Injunction Order and Judgment and Proposed Preliminary Injunction Order and Judgment are attached.)

4.    If there is a default in the payment of any of the payments referenced in paragraph 2, the aforesaid principal sum above mentioned in paragraphs 1 and 2 above, or any balance that may appear to be unpaid thereon, together with all costs and reasonable attorney's fees to collect the sum due (including those incurred to determine additional costs and fees) (hereafter "the Debt"), shall, at the option of the Plaintiff, thereupon become immediately due and payable, and Plaintiff, upon the filing of an affidavit as to

Stipulation and Order
– Page - 2 -

1  such default by Plaintiff's attorney with the Court with a copy thereof to Defendants'
2  counsel, shall be entitled to file the previously executed Joint Motion for Entry of
3  Preliminary Injunction Order and Judgment and obtain a Judgment against defendants,
4  Pandol Associates Marketing, Inc. and James A. Pandol, under the trust provisions of the
5
6  Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c), for the full amount of the debt.
7       5.       Nothing herein, including the installment nature of the payments being made
8  hereunder, shall be deemed, interpreted or otherwise construed as an extension of credit
9  by the Plaintiff to Defendants, or as a waiver of the Plaintiff's rights under the statutory trust
10
11  provision of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c).
12  Plaintiff's rights under this Stipulation and Order are in addition to its rights under said trust
13  provision.
14       6.       Plaintiff reserves the right to seek judgment against Defendants, jointly and
15  severally, for pre-judgment interest and reasonable attorneys' fees.
16
17       7.       Pandol Associates Marketing, Inc. reserves its rights to pursue its
18  counterclaim against Plaintiff in the amount of $19,336.25.
19       8.       The Amended Temporary Restraining Order entered by this Court on
20  September 11, 2007 is dissolved upon entry of this Stipulation and Order.
21       9.       The Court shall retain jurisdiction over the parties during the pendency of the
22
23  application of this Order.
24
25
26
27
28                          Stipulation and Order
                                 – Page - 3 –

1

2  Dated this 3rd day of October, 2007.

3  IT IS SO STIPULATED.

4

5  THE LAW OFFICES OF YOUNG          WILD, CARTER & TIPTON
   WOOLDRIDGE, LLP
6

7  By:_____          By:_____
8    Andrea Selvidge                    Patrick J. Gorman
     1800 30th Street, Fourth Floor     Bruce M. Brown
9    Bakersfield, California 93301      246 West Shaw Avenue
     Tel: (661) 327-9661                Fresno, California 93704
10   Fax: (661) 324-0409                Tel: (559) 224-2131
     aselvidge@youngwooldridge.com      Fax: (559) 229-7295
11                                      pgorman@wctlaw.com
12   Attorneys for Plaintiff            bbrown@wctlaw.com

13
                                        Attorneys for Defendants
14   McCARRON & DIESS

15

16 By:_____
     Louis W. Diess, III
17   Kate Ellis
     4900 Massachusetts Ave., N.W.
18   Washington, DC 20016
     Tel: (202) 364-0400
19   Fax: (202) 364-2731
     ldiess@mccarronlaw.com
20   kellis@mccarronlaw.com

21
     Attorneys for Plaintiff
22

23

24

25

26

27

28                          Stipulation and Order
                                 – Page - 4 -

1    **SO ORDERED** this __4th__ day of __October__, 2007.

2

3

4                              /s/ Lawrence J. O'Neill

5                              U.S. District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                    Stipulation and Order
                         – Page - 5 –