IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH, N.A., L.L.C., | CASE NO. CV F 07-1305 LJO DLB |
| Plaintiff, | **ORDER TO VACATE ORDER TO SHOW CAUSE** (Doc. 44) |
| vs. | |
| PANDOL ASSOCIATES MARKETING, INC., et al., | |
| Defendants. | |

On February 5, 2008, Plaintiff Chiquita Fresno, N.A., LLC filed a notice to withdraw the Motion for Order to Show Cause Why an Order of Civil Contempt Should Not Be Issued Against Defendant (See Docs. 41, 44). Accordingly, this Court VACATES the Order to Show Cause, dated February 5, 2008 (Doc.44).

IT IS SO ORDERED.

**Dated:   February 6, 2008**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1