**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHIQUITA FRESH, N.A., L.L.CL, | CASE NO. CV F 07-1305 LJO DLB |
| Plaintiff, | **ORDER TO DENY REQUESTS TO DISMISS** (Docs. 53, 55.) |
| vs. | |
| PANDOL ASSOCIATES MARKETING, INC., et al, | |
| Defendants. / | |

This Court DENIES plaintiff's requests to dismiss for failure to comply with F.R.Civ.P. 41(a). This Court ADMONISHES counsel to comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

**Dated:   March 19, 2008**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1