# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH, N.A., L.L.CL, | CASE NO. CV F 07-1305 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS COUNTERCLAIM AND TO CLOSE ACTION** (Doc. 31.) |
| vs. | |
| PANDOL ASSOCIATES MARKETING, INC., et al, | |
| Defendants. / | |

This Court entered a November 28, 2007 judgment on plaintiff Chiquita Fresh, N.A., L.L.C.'s claims against defendants Pandol Associates Marketing, Inc. ("Pandol Associates") and James A. Pandol. Pandol Associates' permissive counterclaim remains pending. Review of the record reveals that the counterclaim lacks independent grounds to invoke this Court's jurisdiction. As such, this Court:

1. DISMISSES without prejudice Pandol Associates' counterclaim;
2. VACATES the April 4, 2008 hearing on defense counsel's motion to withdraw and the May 14, 2008 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   March 20, 2008                              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1